NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PSC VSMPO-AVISMA CORPORATION
AND VSMPO-TIRUS, U.S., INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**US MAGNESIUM LLC,**
*Defendant-Appellant.*

---

2011-1370, -1395

---

Appeals from the United States Court of International Trade in consolidated case nos. 08-CV-0321 and 08-CV-0366, Judge Judith M. Barzilay.

---

ON MOTION

---

ORDER

The United States moves without opposition for the court to enter a scheduling order permitting the United

States to file its response brief within 40 days after the cross-appellants' brief is filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John M. Gurley, Esq.
     Stephen A. Jones, Esq.
     Renee Gerber, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK